# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>                Plaintiff,<br><br>v.<br><br>HARNEY HOSPITALITY, LP d/b/a BEST WESTERN PLUS HACIENDA HOTEL OLD TOWN,<br><br>                Defendant. | Case No.: 18-CV-2580-CAB(WVG)<br><br>**ORDER DENYING MOTION TO VACATE ENE CONFERENCE**<br><br>[Doc. No. 21.] |

Plaintiff seeks vacatur of the March 28, 2019 ENE and related dates while her appeal proceeds before the Ninth Circuit Court of Appeals. The Ninth Circuit has cautioned district courts not to delay proceedings when disposition on the merits of claims can be accomplished without the delay in processing the interlocutory appeal. *See, e.g.*, *California v. Azar*, 911 F.3d 558, 584 (9th Cir. 2018). Given that a federal claim remains in this case, that neither party has sought and been granted a stay of this action, and that the Ninth Circuit has not issued a formal stay, Plaintiff's motion is DENIED. *See generally* Fed. R. App. Proc. 8. Accordingly, the Court's prior Order setting the ENE (Doc. No. 9) remains in full effect unless a formal stay issues.

**IT IS SO ORDERED.**

DATED: March 8, 2019

                                                  Hon. William V. Gallo
                                                  United States Magistrate Judge